UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

ALAM SALAH UDDIN, :
　　　　　　　　　　　　　　　:
　　　　　　Plaintiff　　　　　: No. 3:16-CV-2561
　　　　　　　　　　　　　　　:
　　vs.　　　　　　　　　　　: (Judge Nealon)
　　　　　　　　　　　　　　　:
CRAIG LOWE, ET AL., : (Magistrate Judge Saporito, Jr.)
　　　　　　　　　　　　　　　:
　　　　　　Defendant　　　　:

FILED
SCRANTON
JUL 1 1 2017
PER _____
DEPUTY CLERK

## ORDER

**NOW, THIS 11ᵀᴴ DAY OF JULY, 2017,** in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation, (Doc. 10), is **NOT ADOPTED**;

2. The objection, (Doc. 13), relating to failure to exhaust administrative remedies is **SUSTAINED**, and the remaining objections, (Doc. 13), will not be addressed because denial of the petition is warranted on procedural grounds;

3. The petition for writ of habeas corpus, (Doc. 1), is **DISMISSED WITHOUT PREJUDICE** and subject to renewal should Petitioner exhaust his available administrative remedies as discussed in the Memorandum issued this date; and

4. The Clerk of Court is directed to **CLOSE** this case.

　　　　　　　　　　　　　　　　　/s/ William J. Nealon
　　　　　　　　　　　　　　　　　**United States District Judge**